United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Duong L Thach

    Debtor

Case No. 26-00472-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Mar 24, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 2

Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duong L Thach, 1158 Main Road, Lehighton, PA 18235-9401 |
| 5788579 | + | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5782334 | + | Kim Thach, 213 N. Hanover St., Elizabethtown, PA 17022-1907 |
| 5782339 | + | Pennymac Loan Services, 27001 Agoura Rd, Calabasas, CA 91301-5339 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5782329 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 24 2026 18:51:00 | Affinity Fcu, 73 Mountain View B, Basking Ridge, NJ 07920-2332 |
| 5788188 | | Email/Text: bankruptcy@creditfresh.com | Mar 24 2026 18:51:00 | Credit Fresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5788187 | + | Email/Text: opportunitynotices@gmail.com | Mar 24 2026 18:51:00 | Capital Community Bank, c/o Opportunity Financial, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 5782330 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2026 18:47:39 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 5782331 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 24 2026 18:47:41 | Dept Of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5782332 | + | Email/Text: mrdiscen@discover.com | Mar 24 2026 18:51:00 | Discoverc, Po Box 15316, Wilmington, DE 19850-5316 |
| 5782333 | | Email/Text: debtres@firstcomcu.org | Mar 24 2026 18:51:00 | First Commonwealth FCU, P.O. Box 2944, Lehigh Valley, PA 18001 |
| 5783333 | + | Email/Text: debtres@firstcomcu.org | Mar 24 2026 18:51:00 | First Commonwealth Federal Credit Union, PO BOX 20450, LEHIGH VALLEY, PA 18002-0450 |
| 5782335 | | Email/Text: bk@lendmarkfinancial.com | Mar 24 2026 18:51:00 | Lendmark, 1506 Klondike Rd, Conyers, GA 30094 |
| 5783382 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2026 18:57:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5782336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2026 18:57:48 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 5782337 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 24 2026 18:57:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5786645 | + | Email/PDF: cbp@omf.com | Mar 24 2026 18:47:35 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5782338 | + | Email/PDF: cbp@omf.com | Mar 24 2026 18:47:31 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5787384 | + | Email/Text: bankruptcy@bbandt.com | | |

| | | |
|---|---|---|
| | Mar 24 2026 18:51:00 | Truist Bank, Support Services, P.O. Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5782340    ^   MEBN | Mar 24 2026 18:47:30 | Weltman, Weinberg, & Reis Co, LPA, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam R Weaver | on behalf of Debtor 1 Duong L Thach AttyWeaver@icloud.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Rebecca K McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  pwirth@slgcollect.com;anovoa@slgcollect.com |
| Robert L Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@salduticollect.com lmarciano@salduticollect.com;anovoa@slgcollect.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Duong L Thach,            Chapter     13

      **Debtor 1**

Case No.       5:26−bk−00472−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 23, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 30, 2026 <br><br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 24, 2026 |

ntcnfhrg (08/21)